**RENDER and Opinion Filed August 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-14-00780-CV
_____

### IN THE INTEREST OF K.A.C., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-94-06780-Z**

## MEMORANDUM OPINION
Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Francis

Before the Court is the parties' agreed motion to dismiss this appeal. The parties have informed the Court that they have entered into an Agreed Order on Receivership in the trial court and they ask this Court to render judgment effectuating their agreement. We grant the parties' motion and render judgment effectuating the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A).

140780F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF K.A.C., A CHILD

No. 05-14-00780-CV

On Appeal from the 256th Judicial
District Court, Dallas County, Texas.
Trial Court Cause No. DF-94-06780-Z.
Opinion delivered by Justice Francis.
Justices Bridges and Lang-Miers,
participating.

In accordance with this Court's opinion of this date, judgment is **RENDERED** in accordance with the Agreed Order on Receivership signed by the trial court on August 14, 2014.

It is **ORDERED** that appellee Gregory Campbell recover his costs of this appeal from appellant CitiMortgage, Inc.

Judgment entered August 22, 2014